UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/09

-------------------------------------------------------------x

MICHAEL A. SEWELL,

        Plaintiff,

04 cv 7856
- against -                         06 cv 03026 (CM)

UNITED STATES OF AMERICA,

        Defendant.

-------------------------------------------------------------x

### ORDER CORRECTING DOCKET AND TERMINATING MOTION

McMahon, J.:

    The Court's list of outstanding motions includes a motion for reconsideration filed by plaintiff in the above captioned action on June 27, 2005. (Dkt. # 7.) That motion was previously decided by the Court on July 28, 2005. (Dkt. # 10.)

    The Docket Clerk is directed to terminate the June 27, 2005 motion and remove it from the Court's list of outstanding motions.

    This constitutes the order of this Court.

Dated: March 20, 2009

                                                                       U.S.D.J.